UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIA MORGAN WHITE,

Plaintiff,

v.

ANTHONY BLINKEN, et al.,

Defendants.

Case No. 26-cv-01577-NW

**ORDER DENYING IFP WITHOUT PREJUDICE**

Re: ECF No. 3

Pending before the Court is Mia Morgan White's application to proceed in forma pauperis ("IFP") in this action. ECF No. 3. Because the application lacks sufficient detail, the Court DENIES the application WITHOUT PREJUDICE.

"Pursuant to 28 U.S.C. § 1915(a), a plaintiff may commence an action without paying the filing fees where she submits an affidavit stating that she lacks sufficient funds." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (quotation marks omitted); *see also Williams v. Cnty. of Ventura*, 443 F. App'x 232, 233 (9th Cir. 2011) (affirming denial of IFP application when applicant "failed to provide sufficient details concerning his income, assets, and expenditures").

Plaintiff filed her motion on February 23, 2026. ECF No. 3. Her motion fails to include sufficient detail to permit the Court to evaluate whether she is unable to pay the filing fees under 28 U.S.C. § 1915. For example, Plaintiff states she is unemployed and provided no information regarding any previous employment. Plaintiff indicates that she makes certain monthly payments, including food and utilities, but she fails to explain how she currently makes those payments given her lack of employment. *See id.* at Q8. Similarly, according to the motion, Plaintiff received or

receives money in the form of rent payments in the last 12 months, but she did not describe the amount or provide any additional context. *See id.* at Q2(c). Plaintiff must provide a more coherent and detailed explanation of her financial status and obligations for the Court to determine if she is entitled to proceed IFP.

Accordingly, the Court DENIES WITHOUT PREJUDICE Plaintiff's application to proceed IFP. Plaintiff shall have through **April 1, 2026** to file another application to proceed IFP. In her renewed motion, Plaintiff must reasonably and truthfully answer all applicable questions, including those that require her to indicate sources of income, expenses, and liabilities. If Plaintiff fails to file a renewed motion to proceed IFP by April 1, 2026, the Court will dismiss the action without prejudice. In the alternative, Plaintiff may choose instead to pay the filing fee rather than submit a renewed IFP motion.

**IT IS SO ORDERED.**

Dated: February 25, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2